# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/11/2016 2:33:09 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):   **12** - **16** - **00151** - **CR**

Trial Court Style:   The State of Texas vs.   Robert Earl Johnson, Jr.

Trial Court & County:   7th District Court, Smith County          Trial Court No.:   007-0259-14

Date Trial Clerk's Record Originally Due:   N/A

Date Court Reporter's/Recorder's Record Originally Due:   7-11-16

Anticipated Number of Pages of Record:   130

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either   pay the required fee or to make arrangements to pay the fee for preparing the record.

☒   my duties listed below preclude working on this record:   Reporter has just completed the appellate record in STX v Kendrick Nelson-Phillips, a lengthy record.

☒   Other.  (Explain.):   Reporter was out of the office last week for the Texas Court Reporter's Association Annual convention for continuing education points required to maintain license.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by   8-11-16  , and **I hereby request an additional   30   days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7-11-16
_____
Date                                    Signature   /s/Jennifer Lowrance

(903)590-1647
_____
Office Phone Number          Printed Name   Jennifer Lowrance

jlowrance@smith-county.com
_____
E-mail Address (if available)          Official Title   Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: Mr. James W. Huggler, Jr.

Address: 100 E. Ferguson, Suite 805

Tyler, Texas 75702

Phone no.: (903)593-2400

Attorney for: Mr. Sanchez

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Michael West

Address: 100 North Broadway, Fourth Floor

Tyler, Texas 75702

Phone no.: (903)590-1724

Attorney for: The State of Texas

Lead Counsel for **APPELLANT(S)**:

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for **APPELLEE(S)**:

Name:

Address:

Phone no.:

Attorney for:

Additional information, if any: